IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| WACHOVIA BANK, N.A., <br> 301 South College Street <br> Charlotte, NC 28288 <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH B. KENNEDY, JR., a/k/a <br> Joseph B. Kennedy, Sr. <br> 2029 Connecticut Ave., NW #42 <br> Washington, DC 20008-6141 <br><br> And <br><br> HELEN P. KENNEDY <br> 2029 Connecticut Ave., NW #42 <br> Washington, DC 20008-6141 <br><br> And <br><br> JOSEPH B. KENNEDY III <br> 2029 Connecticut Ave., NW #42 <br> Washington, DC 20008-6141 <br><br> Defendants. | Case No.: _____ <br><br> Case: 1:07-cv-02084 <br> Assigned To : Robertson, James <br> Assign. Date : 11/13/2007 <br> Description: General Civil |

## COMPLAINT FOR INTERPLEADER

Plaintiff, Wachovia Bank, N.A. ("Wachovia"), by counsel and pursuant to 28 U.S.C. § 1335, states as follows for its Complaint for Interpleader against Joseph B. Kennedy, Jr., a/k/a Joseph B. Kennedy, Sr., Helen P. Kennedy, and Joseph B. Kennedy III (collectively, "Defendants"):

### PARTIES

1. Wachovia is a corporation organized under the laws of the state of North Carolina with a principal place of business in Charlotte, North Carolina.

2. Upon information and belief, Joseph B. Kennedy, Jr. ("Joseph, Jr.") is a natural person with a residence in the District of Columbia, at 2029 Connecticut Ave., NW #42, Washington, DC 20008-6141.

3. Upon information and belief, Helen Kennedy ("Helen") is a natural person with a residence in the District of Columbia, at 2029 Connecticut Ave., NW #42, Washington, DC 20008-6141.

4. Upon information and belief, Joseph B. Kennedy, III ("Joseph III") is a natural person with a residence in the District of Columbia, at 2029 Connecticut Ave., NW #42, Washington, DC 20008-6141.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1335 because this is an action for interpleader, the claimants are of diverse citizenship as defined in subsection 28 U.S.C. 1332 (a), and the amount of money in controversy exceeds $500.00.

6. This Court has personal jurisdiction over each of the defendants pursuant to 28 U.S.C. § 2361, which authorizes nationwide services of process in interpleader actions under 28 U.S.C. §1335.

7. Venue is proper in this Court pursuant to 28 U.S.C. § 1397.

## NATURE OF THE CASE

8. On October 11, 2007 Joseph III, the son of Joseph, Jr. and Helen, opened Wachovia Bank account No. xxxxxxxxx0965 in his name alone with an initial deposit of approximately $600,000 ("the Fund").

9. On November 8, 2007, Wachovia received a letter from counsel for Joseph, Jr. and Helen claiming that the Fund was obtained from them unlawfully.

10. Faced with these circumstances, Wachovia, at the request of Joseph, Jr. and Helen, froze account no. xxxxxxxxx0965 and announced its intention to interplead the Fund into the registry of the Court.

11. Wachovia is a stakeholder without interest in the funds, and prays that this Court permit this interpleader to allow the Court to determine ownership of the funds.

WHEREFORE, for the foregoing reasons, Wachovia, respectfully requests that this Court grant Wachovia's request to interplead the total sum on deposit in account xxxxxxxxx0965, $601,848.09 at this time, into the Courts' registry, with its costs and attorney's fees assessed against the Fund, which Wachovia has incurred in filing and prosecuting this Complaint for Interpleader, and such other and further relief as the Court deems necessary, proper, just or warranted, as set forth in the attached proposed Order.

Respectfully submitted,

WACHOVIA BANK, N.A.

By *[signature]*
Counsel

Mary C. Zinsner, Bar No. 430091
Grady C. Frank, Jr., Bar No. 433469
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
Telephone: (703) 734-4334
Facsimile: (703) 734-4340

Counsel for Plaintiff, Wachovia Bank, N.A.

Date: November 13, 2007

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

07-2084
JR

## I (a) PLAINTIFFS
Wachovia Bank, N.A.

86666

## DEFENDANTS
Joseph B. Kennedy, Jr., a/k/a Joseph B. Kennedy, Sr., Helen P. Kennedy, Joseph B. Kennedy III

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Mary C. Zinsner (DC Bar #430091)
Grady C. Frank, Jr. (DC Bar #433469)
Troutman Sanders Llp
1660 International Drive, Suite 600
McLean, VA 22102
703-734-4334

Case: 1:07-cv-02084
Assigned To : Robertson, James
Assign. Date : 11/13/2007
Description: General Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
◉ 3 Federal Question (U.S. Government Not a Party)
○ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**
☐ 410 Antitrust

○ **B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**
☐ 151 Medicare Act
Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**
Any nature of suit from any category may be selected for this category of case assignment.
*(If Antitrust, then A governs)*

◉ **E. General Civil (Other)**       OR       ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(3)

|  |  |  |  |
|---|---|---|---|
| ○ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ○ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ○ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ○ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ○ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ○ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ○ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ○ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ◉ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C. § 1335 Plaintiff, a bank, is faced with competing claims of right to funds it has on deposit

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ _____   Check YES only if demanded in complaint
JURY DEMAND:   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE Nov 8, 2007 / 13   SIGNATURE OF ATTORNEY OF RECORD _[signature]_

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.