FILED
NOV 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WACHOVIA BANK, N.A., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSEPH B. KENNEDY, JR., *et al.* )<br>)<br>Defendants. ) | Case: 1:07-cv-02084<br>Assigned To : Robertson, James<br>Assign. Date : 11/13/2007<br>Description: General Civil |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE A COMPLAINT FOR INTERPLEADER AND TO DEPOSIT FUNDS INTO THE COURT'S REGISTRY

Plaintiff, Wachovia Bank, N.A. ("Wachovia"), by counsel and pursuant to F. R. Civ. P. 67, moves the Court to grant its Motion for Leave to File a Complaint for Interpleader and to Deposit Funds Into the Court's Registry.

In support of its Motion and pursuant to LCvR 7(m), Wachovia states that it has attempted to confer with Joseph B. Kennedy, III ("Joseph III"), and has conferred with counsel for Joseph B. Kennedy, Jr. (Joseph, Jr.) and Helen Kennedy ("Helen") to determine whether there is any opposition to the relief sought by Wachovia. Wachovia has been unable to reach Joseph III directly, and therefore can only assume he opposes the Motion. Joseph, Jr. and Helen do not oppose this Motion.

### STATEMENT OF POINTS AND AUTHORITIES

For its Motion, Wachovia relies upon the following points of law:

1. 28 U.S.C. §1335
2. Fed. R. Civ. P. 67
3. LCvR 67.1
4. LCvR 7(m)

WHEREFORE, Wachovia respectfully requests that this Court grant Wachovia's Motion for Leave to File a Complaint for Interpleader and to Deposit Funds into the Court's Registry.

Respectfully submitted,

WACHOVIA BANK, N.A.

By: /s/ Grady C. Frank
Counsel

Mary C. Zinsner, Bar No. 430091
Grady C. Frank, Jr., Bar No. 433469
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
Telephone: (703) 734-4334
Facsimile: (703) 734-4340

Counsel for Plaintiff, Wachovia Bank, N.A.

Date: November 13, 2007