IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WACHOVIA BANK, N.A., )<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff, 　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>　　v. 　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>JOSEPH B. KENNEDY, JR. 　　　　　　　)<br>HELEN KENNEDY 　　　　　　　　　　　)<br>JOSEPH B. KENNEDY, III, 　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　　Defendants. 　　　　　　　　　) | Case No. 07 CV 2084 (JR) |

NOTICE OF ENTRY OF APPEARANCE

Pursuant to LCvR 83.6(a), please enter the appearance of:

　　　　Marianne R. Loman
　　　　Furey, Doolan & Abell, LLP
　　　　8401 Connecticut Avenue
　　　　Chevy Chase, MD 20815
　　　　301-652-6880
　　　　Bar Identification #255406

as counsel for Defendants Joseph B. Kennedy, Jr. and Helen Kennedy.

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　FUREY, DOOLAN & ABELL, LLP


　　　　　　　　　　　　By: __/s/ Marianne R. Loman_____
　　　　　　　　　　　　　　Marianne R. Loman
　　　　　　　　　　　　　　8401 Connecticut Avenue
　　　　　　　　　　　　　　Chevy Chase, MD 20815
　　　　　　　　　　　　　　301-652-6880
　　　　　　　　　　　　　　Bar Identification #255406
　　　　　　　　　　　　　　*Counsel for Defendants Joseph B.*
　　　　　　　　　　　　　　*Kennedy, Jr. and Helen Kennedy*

2

CERT IFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2007, I caused a copy of the foregoing to be mailed, by first class mail, postage prepaid, to Grady C. Frank, Jr., Esquire, Troutman & Sanders, 1660 International Drive, Suite 600, McLean, VA 22102, Counsel for Wachovia Bank, N.A., and to Defendant Joseph B. Kennedy, III, 2029 Connecticut Avenue N.W., Washington, D.C. 20008-6141.

      /s/ Marianne R. Loman
      Marianne R. Loman