IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WACHOVIA BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 07 2084 |
| | ) | |
| JOSEPH B. KENNEDY, JR., et al. | ) | FILED |
| | ) | |
| Defendants. | ) | DEC  2007 |

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UPON Wachovia Bank, N.A.'s Complaint for Interpleader and accompanying Motion for Leave to File a Complaint for Interpleader and to Deposit Funds Into the Court's Registry in this matter, and

UPON consent of the parties hereto as evidenced by signatures hereon,

IT IS ORDERED this 27th day of November, 2007 that Plaintiff's Motion for Leave to File a Complaint for Interpleader and to Deposit Funds Into the Court's Registry is GRANTED, and

IT IS FURTHER ORDERED that Wachovia Bank, N.A. is permitted to deposit a check in the amount of $601,848.09, which sum constitutes the balance of funds in a checking account, no. XXXXXX0965, which is subject to competing and conflicting claims of entitlement by and between Defendants Joseph B. Kennedy, Jr. and Helen Kennedy, on the one hand, and their son, Joseph B. Kennedy, III on the other, and

IT IS FURTHER ORDERED that Wachovia Bank, N.A. is dismissed as a party plaintiff, with costs and attorneys' fees of _to be determined_ awarded to it from the interpleaded fund, and the CLERK shall issue payment accordingly; and



IT IS FURTHER ORDERED THAT Defendants shall have 20 days to submit their pleadings in support of their claim to the funds interpleaded herein.

_____
Judge

AGREED:


_____
Mary C. Zinsner, Bar No. 430091
Grady C. Frank, Jr., Bar No. 433469
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
Telephone:   (703) 734-4334
Facsimile:   (703) 734-4340
Counsel for Plaintiff, Wachovia Bank, N.A.


_____
Marianne R. Loman
Furey, Doolan & Abell, LLP
8401 Connecticut Avenue, Suite 1100
Chevy Chase, Maryland 20815-5803
Telephone:   (301) 652-6880
Facsimile:   (301) 652-8972
Counsel for Defendants Joseph B. Kennedy, Jr. and Helen Kennedy


_____
Joseph B. Kennedy, III
2029 Connecticut Ave., NW #42
Washington, DC 20008-6141

*#347622*