IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WACHOVIA BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 CV 2084 (JR) |
| ) | |
| JOSEPH B. KENNEDY, JR. ) | |
| HELEN KENNEDY ) | |
| JOSEPH B. KENNEDY, III, ) | |
| ) | |
| Defendants. ) | |

**CONSENT ORDER FOR DISPOSITION OF INTERPLEADED FUNDS**

Upon consideration of Wachovia Bank, N.A.'s Motion for Leave to File a Complaint for Interpleader and to Deposit Funds Into the Court's Registry and Wachovia's Complaint for Interpleader, and the Consent Order entered by this Court in response thereto; and

Upon consent of the defendants as evidenced by signatures hereon;

IT IS ORDERED that the funds deposited in the Court's Registry in connection with this case are the property of Defendants Joseph B. Kennedy, Jr. and Helen Kennedy, and Defendant Joseph B. Kennedy III has no equitable interest therein; and

IT IS FURTHER ORDERED this ___ day of _____, 2007, that the funds deposited in the Court's Registry in connection with this case shall be disbursed by check payable to Joseph B. Kennedy, Jr. and Helen Kennedy, JTWROS, c/o Marianne R. Loman, Esquire, Furey, Doolan & Abell, LLP, 8401 Connecticut Avenue, Chevy Chase, MD 20815.

_____
Judge

AGREED:

*Marianne R. Loman* (signature)
Marianne R. Loman
Furey, Doolan & Abell, LLP
8401 Connecticut Avenue, Suite 1100
Chevy Chase, MD 20815-5803
Telephone: 301-652-6880
Facsimile: 301-652-8972
*Counsel for Defendants Joseph B. Kennedy, Jr. and Helen Kennedy*

*Joseph B. Kennedy, III* (signature)
Joseph B. Kennedy, III
2029 Connecticut Avenue N.W. #42
Washington, D.C. 20008-6141
Telephone: 202-462-4519
*Defendant pro se*