FILED
DEC 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WACHOVIA BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 CV 2084 (JR) |
| ) | |
| JOSEPH B. KENNEDY, JR. ) | |
| HELEN KENNEDY ) | |
| JOSEPH B. KENNEDY, III, ) | |
| ) | |
| Defendants. ) | |

## CONSENT ORDER FOR DISPOSITION OF INTERPLEADED FUNDS

Upon consideration of Wachovia Bank, N.A.'s Motion for Leave to File a Complaint for Interpleader and to Deposit Funds Into the Court's Registry and Wachovia's Complaint for Interpleader, and the Consent Order entered by this Court in response thereto; and

Upon consent of the defendants as evidenced by signatures hereon;

IT IS ORDERED that the funds deposited in the Court's Registry in connection with this case are the property of Defendants Joseph B. Kennedy, Jr. and Helen Kennedy, and Defendant Joseph B. Kennedy III has no equitable interest therein; and

{FDADB\00788657\v1\1752\01 11/15/07 04:11 PM}

2

IT IS FURTHER ORDERED this 11th day of December, 2007, that the funds deposited in the Court's Registry in connection with this case shall be disbursed by check payable to Joseph B. Kennedy, Jr. and Helen Kennedy, JTWROS, c/o Marianne R. Loman, Esquire, Furey, Doolan & Abell, LLP, 8401 Connecticut Avenue, Chevy Chase, MD 20815.

_____
Judge

AGREED:

_____
Marianne R. Loman
Furey, Doolan & Abell, LLP
8401 Connecticut Avenue, Suite 1100
Chevy Chase, MD 20815-5803
Telephone: 301-652-6880
Facsimile: 301-652-8972
*Counsel for Defendants Joseph B. Kennedy, Jr. and Helen Kennedy*

_____
Joseph B. Kennedy, III
2029 Connecticut Avenue N.W. #42
Washington, D.C. 20008-6141
Telephone: 202-462-4519
*Defendant pro se*