UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WACHOVIA BANK, N.A.,                :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :  Civil Action No. 07-2084 (JR)
                                    :
JOSEPH B. KENNEDY, JR., *et al.*,   :
                                    :
        Defendants.                 :

### ORDER

Because the consent order for the disposition of interpleaded funds entered December 12, 2007, appears to reflect the settlement of the dispute that underlay this interpleader suit, it is by the Court <u>sua sponte</u>

**ORDERED** that this case is dismissed without prejudice.


                        JAMES ROBERTSON
                        United States District Judge